UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM HART | * | CIVIL ACTION |
| VERSUS | * | NO.: |
| THE OLD EVANGELINE DOWNS, LLC and ABC INSURANCE COMPANY | * | SECTION: |

\*   \*   \*   \*   \*   \*   \*

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes WILLIAM HART, a person of full age of majority and a resident of the County of Harrison, State of Mississippi, and for his Petition, respectfully avers as follows:

1.

### JURISDICTION

This Honorable Court has jurisdiction over this matter in diversity pursuant to 28 U.S.C. 1332. The Plaintiff is a citizen and resident of Mississippi. The defendants are citizens and/or residents of a state other than Mississippi. The amount in controversy exceeds the jurisdictional amount.

2.

Made defendants herein are:

1.  The Old Evangeline Downs, LLC, on information and belief, a corporation incorporated under the laws and statutes of the State of Louisiana, authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all

times pertinent hereto, the owner and/or operator of the business located at 2235 Creswell Lane Extensions in Opelousas, Louisiana, on information and belief known as the "Evangeline Downs Racetrack & Casino";

2. ABC Insurance Company, on information and belief, an insurance company authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the liability or property insurer for the defendant, The Old Evangeline Downs, LLC, for any and all liability which may be incurred in the present matter, which insurer is made a party herein pursuant to the Louisiana Direct Action statute, LSA –R.S. 22:1269 et seq.

3.

The defendants are liable unto the plaintiff under the laws and statutes of the State of Louisiana, jointly, severally, and *in solido*, in damages in a full and true sum to be determined at the trial of this matter, together with legal interest from the date of demand and all costs of these proceedings, for the following reasons, to wit:

4.

On or about November 6, 2013, the defendant, The Old Evangeline Downs, LLC, was the owner and/or operator of a business located at 2235 Creswell Lane Extension in Opelousas, Louisiana. On information and belief, the business was called "Evangeline Downs Racetrack & Casino."

5.

On that date, at approximately 6:30 p.m., plaintiff was a patron at the aforementioned business waiting for a horse race. While walking through the food court near the entrance to the

service door, suddenly and without warning and due to the negligence of the defendants, the plaintiff was caused to sustain severe and disabling injuries when he slipped and fell due to a foreign substance on the grounds of the premises and/or defects on the grounds of the premises, all of which the defendant and/or its employees, servants, and/or agents had actual or constructive notice and/or created.

6.

The plaintiff was in no manner negligent. On information and belief, plaintiff alleges that the sole and proximate cause of the accident and his injuries, as described herein, was the negligence and/or failure of the defendants, and their employees, servants and/or agents, in carrying out their obligations and duties, individually and concurrently, in the following non-exclusive respects:

1. Failure to properly maintain the premises;

2. Failure to discover and correct and unsafe conditions existing on the premises;

3. Failure to exercise reasonable care to prevent unsafe conditions on the premises;

4. Failure to warn the plaintiff of the dangerous and unsafe conditions on the premises;

5. Strict liability;

6. Breach of legally imposed duties of reasonable care owed by the defendant(s) to the plaintiff; and

6. Such other negligent actions and inactions to be proven at the trial of this matter.

7.

Solely by reason of the negligence of the defendants and other acts and inactions described herein, plaintiff sustained serious injuries including but not limited to the following: torn rotator cuff, as well as other injuries to his bones, muscles and joints, organs and tissues among other

component parts of his head, back, ribs, legs, feet, and hands.  As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing his usual duties, occupations and avocations.

8.

As a result of the aforesaid negligence, and breach of duties on the part of the defendants herein, plaintiff has suffered injuries and damages for which the defendants are liable unto him, plus legal interest from the date of demand and all costs of these proceedings.

9.

On information and belief, at all times pertinent hereto, the defendant, ABC Insurance Company, had in full force and effect a policy of liability insurance, insuring the defendant, The Old Evangeline Downs, LLC, against any and all liability which may be incurred as a result of this matter.

WHEREFORE, William Hart prays that this Petition be deemed good and sufficient, and that after service hereof, due proceedings had and the expiration of all legal delays herein, that there judgment in favor of the plaintiff, WILLIAM HART, and against the defendants, The Old Evangeline Downs, LLC, and ABC Insurance Company, jointly, severally and *in solido*, in damages in an amount to be determined at trial, together with interest from the date of demand until paid and all costs of these proceedings; and for such other relief as the law and equity may provide.

RESPECTFULLY SUBMITTED:


\_\_s/David C. Whitmore_____
LAWRENCE BLAKE JONES (7495)
DAVID C. WHITMORE (17864)
REBECCA M. MASSA (32574)
SCHEUERMANN & JONES, L.L.C.
701 Poydras St., Suite 4100
New Orleans, Louisiana 70139
Telephone: (504) 525-4361
Facsimile: (504) 525-4380