UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAM HART                                          CIVIL ACTION

VERSUS

THE OLD EVANGELINE DOWNS,
LLC, ET AL.                                   NO.: 14-00644-BAJ-EWD

## JUDGMENT

IT IS ORDERED, ADJUDGED, and DECREED that **Judgment** is entered in favor of The Old Evangeline Downs, LLC and against William Hart and the above-captioned matter is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 21st day of July, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA